**Carl F. HILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35433.**

Missouri Court of Appeals,
Western District.

May 29, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Joseph H. Locascio, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John J. Oldenburg, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from denial without an evidentiary hearing of Rule 27.26 motion to vacate conviction for second-degree murder, and sentence to ten years' imprisonment entered pursuant to a guilty plea.

Affirmed. Rule 84.16(b).